AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-SW-2153DPR | Date and time warrant executed: 10/15/2021 0900 hours | Copy of warrant and inventory left with: Adrian Marshall/Residence |

Inventory made in the presence of: Special Agent Kelsey Cliffe and Special Agent Greg Bowie

Inventory of the property taken, and name of any person(s) seized: Items 1-18 were seized from SW location. Items 18-28 were seized after consent was granted at locations specified in parentheses.

1. $125,651 US Currency
2. 67 firearms (see attached Excel spreadsheet for further)
3. 2000 GMC Pickup (Stolen)
4. Polaris Ranger 4x4 (Stolen)
5. Dodge Ram 2500
6. Volkswagen Dune Buggy
7. Harley Davidson Motorcycle
8. Harley Davidson Road Glide
9. Keystone Alpine Travel Trailer
10. Load N Go Utility Trailer
11. Car Hauler Trailer
12. 24 Catalytic Converters
13. Apple iPhone (Evan Marshall)
14. Apple iPad
15. Apple MacBook Air
16. Microsoft Tablet
17. Apple iPhone purple (Adrian Marshall)
18. Miscellaneous documents
19. Dodge Ram 3500 (Traffic Stop of Camren Davis)
20. Miscellaneous Documents (Traffic Stop of Camren Davis in truck)
21. Flat Bed Equipment Trailer (Aaron Alexander's residence)
22. Caterpillar 236 Skid Steer Tractor (Aaron Alexander's residence)
23. Stock Trailer (Aaron Alexander's residence)
24. 167 Catalytic Converters (Aaron Alexander's residence)
25. John Deere ZTR Lawnmower (Stolen; Aaron Alexander's residence)
26. Flat Bed 34ft Trailer (Side by Side Assassins)
27. Honda Talon (Side by Side Assassins)
28. Polaris Razor (Side by Side Assassins)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/25/2021

KELSEY L CLIFFE
Digitally signed by KELSEY L CLIFFE
Date: 2021.10.26 08:27:50 -05'00'

*Executing officer's signature*

Kelsey Cliffe Special Agent

*Printed name and title*